UNITED STATES BANKRUPTCY COURT     WE-21-BB
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

| | |
|---|---|
| IN RE: ) | |
| JEANETTE M. COLLINS ) | |
| ) | BANKRUPTCY NO. 08-23377 |
| ) | |
| Debtor ) | |

### ORDER OF DISMISSAL

The Court on August 25, 2010, entered an Order <u>sua sponte</u>, requiring the Chapter 13 Debtor to Show Cause Why Case Should Not Be Dismissed for Failure to Comply with Court Order to File a Motion to Convert Case on or before September 7, 2010, and failing to do so the Court could dismiss or convert this case without further notice and hearing.

The Court having examined the record in this case and having taken judicial notice thereof finds that the Debtor has failed to comply with said Order or respond thereto. The Court further finds that this case should be dismissed without further notice and hearing for cause, pursuant to the terms and conditions of said Order. It is therefore,

**ORDERED** that the petition of the Debtor should be, and is hereby DISMISSED pursuant to §1307. And it is further,

**ORDERED:**

1. That if the Plan of the Debtor is not confirmed, the Trustee and all parties in interest are hereby allowed leave of Court of twenty (20) days from the date of this Order to apply to this Court pursuant to §503(b) for any actual and necessary expenses of administration pursuant to §1326(a)(2). If the Plan of the Debtor has been confirmed the Trustee shall distribute any payment by Debtor in accordance with the Plan pursuant to §1326(a)(2).

2. That the Trustee is directed to order his final report and account, and he is relieved of his trust and is discharged from his duties.

3. That the bond of said Trustee be and it hereby is canceled, and that the surety or sureties thereon be and they hereby are released from further liability thereunder, except any liability which may have accrued during

        the time such bond was in effect.

4.     That if there is an income deduction order pending, the employer is hereby ordered to terminate deductions.

5.     That the case shall be terminated and closed after completion of the foregoing.

Dated: September ____, 2010

_____
JUDGE, U.S. BANKRUPTCY COURT

Distribution:
Debtor, Attorney for Debtor
Trustee, U.S. Trustee
All Creditors